1
2
3
4
5
6
7

**KENT LAW, PLC**
**7540 South Willow Drive**
**Tempe, Arizona 85283**
**(480) 359-KENT(5368)**
**Adam C. Kent, Esq.**
**State Bar No.024718**
**Jonathan J. Henry, Esq.**
**State Bar No. 027976**
**Litigation@Kent-Law.org**
**Attorneys for Plaintiffs**

8

## IN THE UNITED STATES DISTRICT COURT

9

## IN AND FOR THE DISTRICT OF ARIZONA

10
11
12
13
14

WILLIE EARL WASHINGTON, a single person; W.W., a minor, by and through her parent WILLIE EARL WASHINGTON; JAMIE BOYD, a single person

    Plaintiffs,

15

v.

16
17

UNITED STATES OF AMERICA,

18

    Defendant.

No.:

**COMPLAINT**

(Tort – Motor Vehicle)

19
20
21
22
23
24

Plaintiffs **WILLIE EARL WASHINGTON; W.W., a minor, by and through her parent WILLIE EARL WASHINGTON, and JAMIE BOYD**, hereinafter referred to as "Plaintiffs", by and through undersigned counsel complaining of the Defendant, and in support thereof, state as follows:

25
26

## INTRODUCTION

27
28

1.    This is an action against Defendant **United States of America** under the Federal Tort Claims Act, (28 USC §2671, *et seq.*) and 28 USC §1346(b)(1), for negligence

1

in connection with a motor vehicle accident that occurred between Plaintiffs and a vehicle operated by the United States Department of the Interior Bureau of Indian Affairs.

2.     The claims herein are brought against the Defendants pursuant to the Federal Tort Claims Act (28 USC §2671, *et seq.*) and 28 USC §1346(b)(1), for money damages as compensation for personal injuries caused by the Defendants' negligence.

3.     Plaintiffs have fully complied with the provisions of 28 USC §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibits 1-3.*

4.     This suit has been timely filed, in that Plaintiffs timely served notice of their claims on the United States Department of the Interior Bureau of Indian Affairs less than two years after the incident forming the basis of this lawsuit.

5.     Plaintiffs are now filing this Complaint pursuant to 28 USC §2401(b) after receiving the United States Department of the Interior Bureau of Indian Affair's "final denial of administrative claim." *Administrative Tort Claim Denial Letter attached as Exhibits 4-6.*

## JURISDICTION & VENUE

6.     Plaintiffs **WILLIE EARL WASHINGTON; W.W.,** and **JAMIE BOYD** are, and at all times relevant hereto, residents of Maricopa County, State of Arizona.

7.     The events giving rise to the cause of action set forth herein occurred within the State of Arizona and this court has jurisdiction over the subject matter and parties to this litigation.

8.     Defendant **UNITED STATES OF AMERICA**, through its agency, the

2

United States Department of the Interior, operates the Bureau of Indian Affairs.

9. The acts complained of herein were committed by employees of the United States Government while acting within the scope of their office or appointment.

10. Jurisdiction is proper under 28 USC §1346(b)(1).

11. Venue is proper under 28 USC §1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the District of Arizona.

12. Plaintiffs are informed and believe and therefore allege that each of the defendants designated herein are legally responsible for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiffs as herein alleged.

## GENERAL ALLEGATIONS OF FACT

13. On or about January 7, 2016, in Maricopa County, Arizona, Plaintiff **WILLIE EARL WASHINGTON** was driving East on Indian School Road, approaching the 7th Street intersection. Plaintiffs **W.W.** and **JAMIE BOYD** were passengers in Plaintiff **WILLIE EARL WASHINGTON's** vehicle.

14. At the same time, Richard Rudolph Johnson, an employee of the United States Department of the Interior Bureau of Indian Affairs, an agency of Defendant **UNITED STATES OF AMERICA,** was travelling West on Indian School Road attempting to make a left turn onto 7th Street.

15. When Plaintiffs entered the intersection, Richard Rudolph Johnson failed to yield while turning left and collided with Plaintiffs' vehicle.

3

16.     Richard Rudolph Johnson, intentionally, recklessly or negligently failed to operate or control his vehicle and collided with Plaintiffs' vehicle.

17.     Plaintiffs **WILLIE EARL WASHINGTON, W.W., and JAMIE BOYD** were injured and damaged, and therefore incurred monetary expenses.

## COUNT ONE: RESPONDEAT SUPERIOR

18.     Plaintiffs incorporate all previous paragraphs and allegations herein by reference as if fully set forth herein.

19.     On or about January 7, 2016, and for some time prior thereto, Richard Rudolph Johnson, was an employee of the United States Department of the Interior Bureau of Indian Affairs, an agency of Defendant **UNITED STATES OF AMERICA**.

20.     At all relevant times to the subject incident, Richard Rudolph Johnson was acting within the course and scope of his employment with Defendant **UNITED STATES OF AMERICA**.

21.     Defendant **UNITED STATES OF AMERICA** is responsible for the negligent actions of its employees on the basis of respondeat superior, master-servant, general agency principles, or otherwise.

## COUNT TWO: NEGLIGENCE PER SE

22.     Plaintiffs incorporate all previous paragraphs and allegations herein by reference as if fully set forth herein.

23.     Defendant **UNITED STATES OF AMERICA**, by and through Richard Rudolph Johnson, was negligent in the operation of its motor when Richard Rudolph

Johnson failed to properly yield the right of way, failed to drive his vehicle at a reasonable and prudent speed and to avoid colliding with other vehicles on the roadway, and failed to pay proper attention and lookout for other vehicles on the road. Richard Rudolph Johnson, and therefore Defendant **UNITED STATES OF AMERICA** was in violation of A.R.S. §§ 28-772, 28-701(A) and, accordingly, is negligent per se.

24.     The purpose of A.R.S. § 28-772 is to prevent auto collisions, such as the one that is the subject matter of this Complaint.

25.     The purpose of A.R.S. § 28-701(A) is to prevent auto collisions, such as the one that is the subject matter of this Complaint.

26.     Richard Rudolph Johnson's, and therefore Defendant **UNITED STATES OF AMERICA's,** violations of A.R.S. §§ 28-772 and 28-701(A) are the legal and proximate cause of Plaintiffs' injuries and damages.

27.     As a result of Richard Rudolph Johnson's violations, and therefore Defendant **UNITED STATES OF AMERICA'S** violations, Plaintiffs suffered damages, which include, but are not limited to property damage, physical injuries, pain and suffering since the accident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## **COUNT THREE: NEGLIGENCE**

28.     Plaintiffs incorporate all previous paragraphs and all allegations herein by reference as if fully set forth herein.

29.     Richard Rudolph Johnson, and therefore Defendant **UNITED STATES OF**

**AMERICA,** owed a duty to Plaintiffs to operate his vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicle. The scope of this duty of care extended to Plaintiffs in their vehicle.

30.     Richard Rudolph Johnson, and therefore Defendant **UNITED STATES OF AMERICA,** breached this duty of care toward Plaintiffs when he operated his vehicle in a reckless, unsafe and unlawful manner, causing his vehicle to collide with Plaintiffs' vehicle.

**31.**     Richard Rudolph Johnson's, and therefore Defendant **UNITED STATES OF AMERICA's,** breach of this duty is the legal and proximate cause of Plaintiffs' damages, which include, but are not limited to property damage, physical injuries, pain and suffering since the accident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

<u>**PRAYER FOR RELEIF**</u>

WHEREFORE, Plaintiffs **WILLIE EARL WASHINGTON; W.W., as a minor by and through her parent WILLIE EARL WASHINGTON,** and **JAMIE BOYD** pray for judgment against the Defendants, and each of them, as follows:

1. For such sums as and for general damages in excess of the jurisdictional minimum of this court.

2. For such sums as and for special damages as will be proven at the time of trial.

3. For pre- and post- judgment interest at the maximum rate permitted by law.

4. For costs of suit herein and for such other and further relief as the court deems

6

just and proper.

RESPECTFULLY SUBMITTED this March 7, 2018

KENT LAW PLC.

Adam C. Kent, Esq.
Jonathan J. Henry, Esq.
*Attorney for Plaintiffs*

7

# EXHBIT 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:  Bureau of Indian Affairs | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.  Willie Washington; 6751 W. Indian School Rd, Apt. 1160 Phoenix, AZ 85033  Adam C. Kent, Esq. 7540 S Willow Dr. Tempe, AZ 85283 |
|---|---|

| 3. TYPE OF EMPLOYMENT  ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS  Single | 6. DATE AND DAY OF ACCIDENT  01/07/2016  Thursday | 7. TIME (A.M. OR P.M.)  01:17 PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Plaintiff Willie Washington was going straight on a green light when the Bureau of Indian Affairs driver turned left in front of Plaintiff and failed to yield on a green yield light causing a collision.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Jamie Boyd; 6751 W. Indian School Road, Apt 1160 Phoenix, AZ 85033

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2011 Ford Fiesta. All air bags deployed, vehicle was leaking fluids, substantial front and passenger side body damage. Vehicle was declared as a total loss.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Back pain, wrist tension, and pain in the left knee. Please review the attached medical records for further explanation.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|  |  |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | $25,000.00 | 0.00 | $25,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM  (480) 359-5368 | 14. DATE OF SIGNATURE  8/22/2016 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes   If so, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No |
|---|

Not Applicable

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount. |
|---|---|
| Not Applicable | 0.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not Applicable

| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No |
|---|

Not Applicable

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# EXHBIT 2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Bureau of Indian Affairs | W▓▓ W▓▓▓▓▓; 6751 W. Indian School Rd, Apt. 1160 Phoenix, AZ 85033

Adam C. Kent, Esq. 7540 S Willow Dr. Tempe, AZ 85283 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓▓ | Single | 01/07/2016 | Thursday | 01:17 PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Plaintiff was a passenger going straight on a green light when the Bureau of Indian Affairs driver turned left in front of Plaintiff and failed to yield on a green yield light causing a collision.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

Jamie Boyd; 6751 W. Indian School Road, Apt 1160 Phoenix, AZ 85033

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Injuries for the minor resulted from her head being bumped.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
| 0.00 | $8,000.00 | 0.00 | $8,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| ⟨signature⟩ | (480) 359-5368 | 8/22/2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001). |

| Authorized for Local Reproduction Previous Edition is not Usable

95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

Not Applicable

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No   17. If deductible, state amount.

Not Applicable

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not Applicable

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

Not Applicable

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# EXHBIT 3

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: <br><br> Bureau of Indian Affairs | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. <br><br> Jamie Boyd; 6751 W. Indian School Road, Apt 1160 Phoenix, AZ 85033 <br><br> Adam C. Kent, Esq. 7540 S Willow Dr, Tempe, AZ 85283 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH <br> ▆▆▆▆ | 5. MARITAL STATUS <br> Single | 6. DATE AND DAY OF ACCIDENT <br> 01/07/2016    Thursday | 7. TIME (A.M. OR P.M.) <br> 01:17 PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Plaintiff was a passenger going straight on a green light when the Bureau of Indian Affairs driver turned left in front of Plaintiff and failed to yield on a green yield light causing a collision.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Same as Claimant

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2011 Ford Fiesta. All air bags deployed, vehicle was leaking fluids, substantial front and passenger side body damage. Vehicle was declared as a total loss.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Left shoulder pain, left wrist pain, and neck pain. Please review the attached medical records for further explanation.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $14,484.75 | $70,000.00 | 0.00 | $84,484.75 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *(signature)* | (480) 359-5368 | 8/22/2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No |
|---|

Not Applicable

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Yes, Progressive; Claim No. 16-1305429 | 0.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

None because there was no coverage.

| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No |
|---|

Not Applicable

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

# EXHBIT 4



# United States Department of the Interior

Office of the Field Solicitor
U.S. Courthouse, Suite 404
401 West Washington St., SP 44
Phoenix, AZ 85003-2151

IN REPLY REFER TO:



TAKE PRIDE
IN AMERICA

October 18, 2017

OCT 2 3 2017

<u>Via Certified Mail</u>

Adam C. Kent, Esq.
7540 S. Willow Dr.
Tempe, Arizona 85283

     RE:   FTCA Claim No. TSP 0029-16C (Willie Washington)

Dear Mr. Kent:

We have reviewed the claim you filed under the Federal Tort Claims Act (FTCA) against the United States on behalf of your client, Willie Washington, in the amounts of $25,000. You client's claim alleges personal injury sustained by your client as a result of a vehicle accident with an employee of the Bureau of Indian Affairs. The accident occurred on January 7, 2016.

Under the Federal Tort Claims Act, the United States may settle a claim for money damages for personal injury, death, or property damage caused by the negligent act or omission of any government employee while acting within the scope of his employment under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the State where the act or omission occurred.

Your client has rejected our best and final settlement offer. Accordingly, because your client's claim does not appear amendable to settlement, your client's claim is denied.

If dissatisfied with the determination of this claim, your client may submit to this office a request for reconsideration no later than six months after the date this letter was mailed, or your client may, within the same period of time, file suit in the appropriate United States District Court. The decision announced in this letter is final unless reconsideration is requested or suit is filed within the aforementioned six-month period.

Should you have any questions, please contact me at (602) 364-7891.

                    Sincerely,

                    Wonsook Sprague
                    Field Solicitor

cc: Vanessa Duncan, BIA-WRO

# EXHBIT 5



IN REPLY REFER TO:

# United States Department of the Interior

Office of the Field Solicitor
U.S. Courthouse, Suite 404
401 West Washington St., SP 44
Phoenix, AZ 85003-2151



October 18, 2017

OCT 2 3 2017

<u>Via Certified Mail</u>

Adam C. Kent, Esq.
7540 S. Willow Dr.
Tempe, Arizona 85283

      RE:    FTCA Claim No. TSP 0030-16C (Wilniya Washington)

Dear Mr. Kent:

We have reviewed the claim you filed under the Federal Tort Claims Act (FTCA) against the United States on behalf of your client, W██████ W██████, in the amounts of $8,000. The claim alleges personal injury sustained by your client as a result of a vehicle accident with an employee of the Bureau of Indian Affairs. The accident occurred on January 7, 2016.

Under the Federal Tort Claims Act, the United States may settle a claim for money damages for personal injury, death, or property damage caused by the negligent act or omission of any government employee while acting within the scope of his employment under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the State where the act or omission occurred. After review of the facts and applicable law, I hereby deny this claim.

If dissatisfied with the determination of this claim, your client may submit to this office a request for reconsideration no later than six months after the date this letter was mailed, or you client may, within the same period of time, file suit in the appropriate United States District Court. The decision announced in this letter is final unless reconsideration is requested or suit is filed within the aforementioned six-month period.

Should you have any questions, please contact me at (602) 364-7891.

                                     Sincerely,

                                       Wonsook Sprague
                                       Field Solicitor

cc: Vanessa Duncan, BIA-WRO

# EXHBIT 6



# United States Department of the Interior

Office of the Field Solicitor
U.S. Courthouse, Suite 404
401 West Washington St., SP 44
Phoenix, AZ 85003-2151

October 18, 2017



IN REPLY REFER TO:

Via Certified Mail

OCT 2 3 2017

Adam C. Kent, Esq.
7540 S. Willow Dr.
Tempe, Arizona 85283

RE:   FTCA Claim No. TSP 0031-16C (Jamie Boyd)

Dear Mr. Kent:

We have reviewed the claim you filed under the Federal Tort Claims Act (FTCA) against the United States on behalf of your client, Jamie Boyd, in the amounts of $84,484.75. The claim alleges personal injury and property damage sustained by your client as a result of a vehicle accident with an employee of the Bureau of Indian Affairs. The accident occurred on January 7, 2016.

Under the Federal Tort Claims Act, the United States may settle a claim for money damages for personal injury, death, or property damage caused by the negligent act or omission of any government employee while acting within the scope of his employment under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the State where the act or omission occurred.

Your client has rejected our best and final settlement offer. Accordingly, because your client's claim does not appear amendable to settlement, your client's claim is denied.

If dissatisfied with the determination of this claim, your client may submit to this office a request for reconsideration no later than six months after the date this letter was mailed, or your client may, within the same period of time, file suit in the appropriate United States District Court. The decision announced in this letter is final unless reconsideration is requested or suit is filed within the aforementioned six-month period.

Should you have any questions, please contact me at (602) 364-7891.

Sincerely,

Wonsook Sprague
Field Solicitor

cc: Vanessa Duncan, BIA-WRO